UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09088-PA-SSC                Date: February 18, 2026

Title        Cristian E. Benitez v. Commissioner, SSA

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                Teagan Snyder                |                n/a                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) **Order to Show Cause Why Complaint  Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On September 19, 2025, *pro se* Plaintiff Cristian E. Benitez filed a complaint for review of a final Social Security disability decision by the Commissioner of the Social Security Administration.  (ECF 1.)  Plaintiff filed an amended complaint on November 12, 2025 (ECF 15), and the Commissioner answered (ECF 16).  The Court ordered Plaintiff to file his brief no later than February 9, 2026.  (ECF 13.)  The deadline to file Plaintiff's brief has passed, and the court has not received any response or any other communication from Plaintiff.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09088-PA-SSC                   Date: February 18, 2026

Title      Cristian E. Benitez v. Commissioner, SSA


Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **February 25, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Plaintiff files his brief by February 25, 2026, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

Plaintiff is cautioned that failure to file his brief by this new deadline or otherwise respond to this order will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.


**IT IS SO ORDERED.**


|                        | :    |
|------------------------|------|
| Initials of Preparer   | **ts** |