UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09088-PA-SSC                    Date: March 28, 2026

Title      Cristian E. Benitez v. Commissioner, SSA

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint  Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On September 19, 2025, *pro se* Plaintiff Cristian E. Benitez filed a complaint for review of a final Social Security disability decision by the Commissioner of the Social Security Administration.  (ECF 1.)  Plaintiff filed an amended complaint on November 12, 2025 (ECF 15), and the Commissioner answered (ECF 16).  The Court ordered Plaintiff to file his brief no later than February 9, 2026.  (ECF 13.)  When Plaintiff failed to timely file the brief, the Court ordered him to show cause why this action should not be dismissed for failure to prosecute and/or comply with a court order.  (ECF 25.)  In response, Plaintiff moved for an extension of time to file his brief (ECF 26), which the Court granted (ECF 27).  The new deadline for Plaintiff's brief was set for March 26,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09088-PA-SSC                   Date: March 28, 2026

Title       Cristian E. Benitez v. Commissioner, SSA

2026.  (ECF 27; ECF 30.)  The deadline to file Plaintiff's brief has passed, and the court has not received any response or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **April 10, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Plaintiff files his brief by **April 10, 2026**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

Plaintiff is cautioned that failure to timely file his brief or otherwise respond to this order will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

|  | : |
| --- | --- |
| Initials of Preparer | **ts** |