UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN B.,[1] Plaintiff, v. FRANK BISIGNANO,[2] Commissioner of Social Security, Defendant. | Case No. 2:25-cv-09088-PA-SSC **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings.

DATED: August 14, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE